# JEFFREY P. CHARTIER, ESQ.
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 • Fax (718) 518-0674

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  2/6/2020
>
> The status conference scheduled for February 6, 2020 is hereby adjourned to March 6, 2020 at 10:00 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery and discuss a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between February 6, 2020 and March 6, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

*VIA ECF*

Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: ***United States v. Rafael Valdovinos***
1:19-CS-00671-VSB

Dear Judge Broderick:

    Please be advised that I represent Rafael Valdovinos in the aforementioned matter. Mr. Valdovinos is presently scheduled for a status conference tomorrow, February 6, 2020, at 2:30 P.M.

    I am respectfully requesting an adjournment of Mr. Valdovinos' status conference. I have communicated with AUSA Nicholas Chiuchiolo and he asked that we adjourn this matter for at least one month, to a date that is convenient to the Court. We are working on resolving this matter without a trial and we are presently working on a disposition.

    On behalf of my client, Rafael Valdovinos, we consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

    Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Jeffrey P. Chartier (cs)

JEFFREY P. CHARTIER

JPC/cs

cc: AUSA Nicholas Chiuchiolo (Via ECF)