# JEFFREY P. CHARTIER, ESQ.
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 • (718) 518-0674
E-Mail: JPCESQ@HOTMAIL.COM

> Application granted in part and denied in part. The Court is unable to schedule a change of plea hearing for the week of July 6. The change of plea hearing is adjourned to July 14, 2021 at 9:00 a.m. The adjournment is necessary to permit counsel sufficient time to review the plea agreement with the defendant. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 30, 2021 and July 14, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.
>
> SO ORDERED:
>
> *[signature]*
> HON. VERNON S. BRODERICK   6/29/2021
> UNITED STATES DISTRICT JUDGE

June 29, 2021

**Via ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New 10007

Re: **United States v. Rafael Valdovinos**
    1:19-CR-00671-VSB

Dear Judge Broderick:

    I am respectfully requesting a one-week adjournment of the matter currently scheduled for Wednesday, June 30, 2021. As Your Honor is aware, the Government and I have worked out a potential disposition of this matter.

    My client is in possession of the plea agreement at the correctional institution for his review. I have been unable to communicate with my client since the last status conference and should be able to visit him over the weekend.

    On behalf of my client, Rafael Valdovinos, we consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), between June 30, 2021, and the date of the next conference.

Respectfully submitted,

*[signature]*
JEFFREY P. CHARTIER

JPC/cs

cc: AUSA Nicholas Chiuchiolo - Via ECF